188 So. 693

**Marion COMER v. STATE.**

**4 Div. 88.**

Supreme Court of Alabama.

May 4, 1939.

Marion Comer, pro se.

Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of Marion Comer for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Comer v. State, 188 So. 691.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.